IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOMINIQUE ANDERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4743

Opinion filed January 7, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Nancy A. Daniels, Public Defender; Steven L. Seliger and William Pafford, Assistant Public Defenders, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate and Kristen Lynn Bonjour, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the July 29, 2014, judgment and sentence in Leon County Circuit Court case number 2013-CF-1904-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

BENTON, CLARK, and SWANSON, JJ., CONCUR.